

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

---

No. 08-25-00118-CV

---

Bexar County Hospital District d/b/a University Health
f/k/a University Health System, Appellant

v.

Consuelo Levine, Appellee

---

On Appeal from the 73rd District Court
Bexar County, Texas
Trial Court No. 2021CI05115

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We affirm the trial court's order denying University Health's motion for summary judgment and plea to the jurisdiction and remand this case for further proceedings. We order that

Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 25th day of November 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., dissents without opinion.